UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21289-CIV-WILLIAMS

MAO-MSO RECOVERY II, LLC, *et al.*,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE CO.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal without prejudice against Defendant (DE 61). Upon review of the notices and the record, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19 day of April, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE